```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DERRICK ANDERSON, on behalf of himself                      :
and all others similarly situated,                          :
                                                            :
                         Plaintiff,                         :     17-cv-3697 (KBF)
                                                            :
             -v-                                            :     ORDER
                                                            :
THE RBM GROUP, LLC d/b/a DOCKS                              :
OYSTER BAR & SEAFOOD GRILL,                                 :
                                                            :
                         Defendant.                         :
                                                            :
------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: June 6, 2017

KATHERINE B. FORREST, District Judge:

Plaintiff filed his complaint in this action on May 16, 2017.  (ECF No. 1.)  On May 24, 2017, the Court ordered plaintiff to submit a letter to the Court explaining why venue is proper in this District.  (ECF No. 5.)  The Court noted that it appears plaintiff was in Brooklyn accessing a website located outside of New York altogether.  (Id.)  It does not appear from the complaint that the restaurant operates the website.  (Id.)

On June 2, 2017, plaintiff submitted a letter to the Court "request[ing] that this case be transferred to the Eastern District Court residing in Brooklyn.  All of the events occurred in Queens County and this case would be more efficiently adjudicated in the Courthouse located in Brooklyn.  Plaintiff Anderson lives in Queens County, where the events giving rise to the claims arise."  (ECF No. 6.)

The Court notes that defendant has not answered the complaint or otherwise appeared in this action. Accordingly, this case is hereby dismissed without prejudice for improper venue.

SO ORDERED.

Dated:    New York, New York
          June 6, 2017

_____
KATHERINE B. FORREST
United States District Judge